**Janelle VELOCK (now Harvey), Respondent,**

v.

**Robert Joseph VELOCK III, Appellant.**

**WD 79151.**

Missouri Court of Appeals, Western District.

ORDER FILED: November 1, 2016

David A. Lunceford and Michael J. Rahmberg, Lee's Summit, MO, Attorneys for Respondent,

David A. Kelly and Tyler J. Jansen, Lee's Summit, MO, Attorneys for Appellant.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Victor C. Howard and Gary D. Witt, Judges

### Order

Per Curiam:

Mr. Robert J. Velock III appeals the Circuit Court of Jackson County, Missouri's judgment denying his motion to modify the original dissolution decree as to the address designation for educational and mailing purposes of the child born of the parties' marriage. Because we find neither error nor precedential value in our discussion of the issue presented on appeal, we have instead provided the parties a legal memorandum explaining the basis for our ruling. The judgment is affirmed. Rule 84.16(b).